**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAMIRO DE JESUS LEMUS-GARCIA, | : | Civil No. 1:26-CV-02275 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN, PIKE COUNTY CORRECTIONAL FACILITY, *et al.* | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 11th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) In order to ensure that Petitioner has an opportunity to make transportation arrangements, the court requests the following timeline for his release:

   a. Petitioner shall be released from detention on **Saturday, September 12, 2026, between 12:00 p.m. and 3:00 p.m.**

   b. By **6:00 p.m. on the date of this order**, Petitioner shall be provided with a phone call to arrange for transportation after his release from detention.

3) Respondents shall return Petitioner's personal property upon release.

4) Respondents shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **Wednesday, September 16, 2026, at 5:00 p.m.** confirming that Petitioner has been released from custody.

5) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

6) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania